FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 2 2007 ★
BROOKLYN OFFICE


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAJOR C. SEABURY,

        Plaintiff,

-against-

THE PEOPLE OF THE STATE OF NEW YORK;
THE COUNTY OF SUFFOLK; and THE COUNTY
OF NASSAU,

        Defendants.
-------------------------------------------------------------X

ORDER

06 CV 2539 (NGG)(LB)

GARAUFIS, District Judge.

On March 1, 2007, Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R") in the above-captioned action recommending that this court dismiss the case for failure to state a claim pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. No objections to the R&R have been timely filed. This court has reviewed the R&R and is satisfied that there is no clear error on the face of the record. The Clerk of the Court is directed to enter judgment as set forth by Magistrate Judge Bloom and as detailed above.

SO ORDERED.

Dated: March 21, 2007
      Brooklyn, N.Y.

/signed/
_____
Nicholas G. Garaufis
United States District Judge